STATE OF CONNECTICUT *v.* DAVID GORMAN
(15574)

Dupont, C. J., and O'Connell and Hennessy, Js.

Argued March 18—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

A-1 AUTO SERVICE, INC. *v.* DEPARTMENT OF
MOTOR VEHICLES ET AL.
(16228)

Dupont, C. J., and Spear and Hennessy, Js.

Argued March 18—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

YALE UNIVERSITY SCHOOL OF MEDICINE OFFICE
OF PROFESSIONAL SERVICES *v.*
MARY COOPER ET AL.
(15825)

Foti, Lavery and Landau, Js.

Argued March 18—officially released April 8, 1997

Per Curiam. The judgment is affirmed.